United States District Court
Southern District of Texas
**ENTERED**
December 27, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| ERNEST ADIMORA-NWEKE, <br> Plaintiff, <br><br> vs. <br><br> HANNAH O. YARBROUGH-SMITH, *et al*, <br> Defendants. | § CIVIL ACTION NO. <br> § 4:20-cv-04149 <br> § <br> § <br> § JUDGE CHARLES ESKRIDGE <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## ORDER OF DISMISSAL

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum Denying Reconsideration and Dismissing Action entered this same date. Dkt 60.

This is a FINAL JUDGMENT

SO ORDERED.

Signed on December 27, 2021, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge